**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>**BILLY MURPHY,**<br><br>                              **Plaintiff,**<br>         v.<br><br>**BRIAN C. PRATSCHER, RUDOLPH V. BOOTH,**<br>**KEVIN D. OSBORN, RITA M. CROTTY,**<br>**WILLIAM E. SWEENEY, IGNACIO HERNANDEZ,**<br>**MICHAEL J. CHORBA, JOSEPH L. RODRIGUEZ,**<br>**ANTHONY WEATHERS, MICHAEL C. BROWNE,**<br>**JANELIA E. FREEMAN, VICTOR GUERRIERI,**<br>**MARK W. DAMATO, BRIAN M. AZZARETTO,**<br>**MIGUEL A. GONZALEZ, DEAN A. STONE,**<br>**JUDITH G. MARTIN, and CITY OF CHICAGO,**<br><br>                              **Defendants.** | Case Number:<br>FILED:   AUGUST 7, 2008<br>            08CV4481<br>            JUDGE ANDERSEN<br>            MAGISTRATE JUDGE VALDEZ<br>            NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Plaintiff BILLY MURPHY.**

| |
|---|
| NAME (Type or print)<br>**Irene K. Dymkar** |
| SIGNATURE<br>/s **Irene K. Dymkar** |
| FIRM<br>**Irene K. Dymkar** |
| STREET ADDRESS<br>**300 West Adams, Suite 330** |
| CITY/STATE/ZIP<br>**Chicago, IL 60606-5107** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>**90785719** | TELEPHONE NUMBER<br>**(312) 345-0123** |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES X   NO ☐ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO X ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES X   NO ☐ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ ||